IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LISA RYAN MURPHY**                                                                              **PLAINTIFF**

v.                              Case No. 4:24-cv-00404-KGB

**SOCIAL SECURITY ADMINISTRATION,** *et al.*                                      **DEFENDANTS**

## ORDER

Before the Court is the status of the case. On May 6, 2024, plaintiff Lisa Ryan Murphy filed a *pro se* complaint against the Social Security Administration and other defendants (Dkt. No. 2). In an Order dated September 3, 2024, the Court granted Ms. Murphy's motion to proceed *in forma pauperis* and directed Ms. Murphy to file an amended complaint with 30 days from the date of entry of the Order correcting deficiencies in her complaint (Dkt. No. 3). In the Order, the Court notified Ms. Murphy that failure to comply with the Court's Order may result in dismissal of her case (*Id.*, at 4). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. On September 30, 2024, mail to Ms. Murphy was returned undeliverable (Dkt. No. 4). As of the date of this Order, Ms. Murphy has not complied with or otherwise responded to the Court's September 3, 2024, Order, and the time for doing so has passed. Accordingly, Ms. Murphy's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 2nd day of December, 2024.

_____
Kristine G. Baker
Chief United States District Judge