**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LISA RYAN MURPHY**                                                                                    **PLAINTIFF**

v.                                    Case No. 4:24-cv-00404-KGB

**SOCIAL SECURITY ADMINISTRATION,** *et al.*                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Lisa Ryan Murphy's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 2nd day of December, 2024.

*[signature: Kristine G. Baker]*
Kristine G. Baker
Chief United States District Judge